

JUL 2 8 2010



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

PORFIRIO CASTREJON-CRUZ,

    Defendant.

No. 1:10-MJ- 00169 DLB

ORDER OF RELEASE

The above named defendant having been sentenced on July 28, 2010 to Time Served, IT IS HEREBY ORDERED that the defendant shall therefore be released to a United States Immigration and Customs Officer. A certified Judgment and Commitment order to follow.

DATED: ___July 28, 2010_____

                                                DENNIS L. BECK
                                                United States Magistrate Judge

9/26/96 exonbnd.frm